FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL -8 A 11: 45

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

EDWARD PARKER,

 Plaintiff,

vs.

STATE OF GEORGIA, and GLYNN
COUNTY SHERIFF'S DEPARTMENT,

 Defendants.

CIVIL ACTION NO.: CV205-081

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 42 U.S.C.A. § 1983 and 28 U.S.C.A. § 1915, due to Plaintiff's failure to exhaust his administrative remedies. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 8th day of July, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)